| | |
|---|---|
| RYAN SMITH, individually and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GRUNDFOS PUMPS MANUFACTURING CORPORATION, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00376-AWI-EPG<br><br>ORDER GRANTING JOINT STIPULATION RE FILING DEADLINE OF SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(ECF No. 10) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

       On July 7, 2021, the parties filed a stipulation seeking to extend the July 9, 2021 deadline to file supplemental briefing in support of Plaintiff's Motion for Preliminary Approval of Class Action and PAGA Settlement. (ECF No. 10.) The parties request an extension to September 10, 2021.

       Having reviewed the stipulation, the Court will grant the parties' request. However, no further extensions shall be granted absent a showing of good cause.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the deadline to file supplemental briefing in support of Plaintiff's Motion for Preliminary Approval of Class Action and PAGA Settlement (ECF No. 5) is extended to September 10, 2021.

IT IS SO ORDERED.

Dated: **July 8, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE