UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SMITH, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRUNDFOS PUMP MANUFACTURING CORPORATION, et al.,<br><br>Defendants. | Case No. 1:21-cv-00376-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BE DENIED<br><br>(ECF Nos. 5, 19) |

On April 27, 2021, Plaintiff Ryan Smith ("Plaintiff") filed a motion for preliminary approval of a class action and Private Attorney General Act ("PAGA") settlement. (ECF No. 5.) On November 15, 2021, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion be denied. (ECF No. 19.) Those findings and recommendations were served on the parties with instructions that any objections must be filed within fourteen days after service, and that any reply to the objections must be filed within fourteen days after service of the objections. (*Id.* at 23.)

On November 29, 2021, Defendants Grundfos Americas Corporation, Grundfos CBS Inc., Grundfos Pumps Corporation, Grundfos Pumps Manufacturing Corporation, Grundfos U.S. Holding Corporation, and SFS Holding, Inc. ("Defendants") filed objections to the findings and

recommendations. (ECF No. 20.) Plaintiff did not file any objections to the findings and recommendations or a reply to Defendants' objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Defendants' objections, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on November 15, 2021 (ECF No. 19) are adopted in full; and
2. Plaintiff's motion for preliminary approval of a class action and PAGA settlement (ECF No. 5) is denied.

IT IS SO ORDERED.

Dated:   February 12, 2022                                     _____
                                                                                    SENIOR DISTRICT JUDGE