1   Raul Perez (SBN 174687)
    Raul.Perez@capstonelawyers.com
2   Bevin Allen Pike (SBN 221936)
    Bevin.Pike@capstonelawyers.com
3   Orlando Villalba (SBN 232165)
    Orlando.Villalba@capstonelawyers.com
4   Trisha K. Monesi (SBN 303512)
    Trisha.Monesi@capstonelawyers.com
5   Capstone Law APC
    1875 Century Park East, Suite 1000
6   Los Angeles, California 90067
    Telephone:    (310) 556-4811
7   Facsimile:    (310) 943-0396

8   Attorneys for Plaintiff Ryan Smith

9                     UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  RYAN SMITH, individually, and on          Case No. 1:21-cv-00376-AWI-EPG
    behalf of other members of the general
13  public similarly situated,                **[PROPOSED] ORDER GRANTING
                                               THE PARTIES' STIPULATION TO
14              Plaintiff,                      REMAND**

15      vs.

16  GRUNDFOS PUMPS
    MANUFACTURING
17  CORPORATION, a California
    corporation; GRUNDFOS AMERICAS
18  CORPORATION, a California
    corporation; GRUNDFOS CBS, INC., a
19  Delaware corporation; GRUNDFOS
    PUMPS CORPORATION, a California
20  corporation; GRUNDFOS US
    HOLDING CORPORATION, a
21  California corporation; and DOES 1
    through 10, inclusive,
22
               Defendants.
23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on the Parties' stipulation and good cause appearing therefore, the Court orders this matter shall be remanded to the Superior Court of the State of California, for the County of Fresno.

IT IS SO ORDERED.

Dated:   March 11, 2022          _____
                                SENIOR  DISTRICT  JUDGE

ORDER GRANTING THE PARTIES' STIPULATION TO REMAND